UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-09-09257 | Date | January 15, 2010 |
|---|---|---|---|
| Title | PATRICIA SCHEMBRI v. SWEDA COMPANY, LLC and SEIDLER SWEDA, L.P. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| PAUL PIERSON | NOT PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

N/A                                                                 N/A

**Proceedings:**    (In Chambers) ORDER TO SHOW CAUSE RE: WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

   On November 10, 2009, plaintiff Patricia Schembri filed the instant action against defendants Sweda Company, LLC; Seidler Sweda, L.P.; and Does 1 through 100. Plaintiff alleges that she is entitled to damages resulting from her work as an employee for defendants where she was improperly paid and purposefully misclassified as an independent contractor. On December 17, 2009, defendants timely removed the instant action to this Court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

   Remand may be ordered for lack of subject matter jurisdiction. See 28 U.S.C. § 1447(c). The Court strictly construes the removal statutes, and jurisdiction must be rejected if there is any doubt as to the right of removal. See Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992). Under 28 U.S.C. § 1441(b), removal based on diversity jurisdiction pursuant to 28 U.S.C. § 1332, is permitted only if no defendant "is a citizen of the State in which such action is brought." See also Spencer v. United States Dist. Ct. for No. Dist. of Cal., 393 F.3d 867, 870 (9th Cir. 2004).

   Defendants assert that diversity jurisdiction is proper because plaintiff is a resident and citizen of New Jersey, while defendants' principal place of business is California. However, it appears that diversity jurisdiction is not proper because defendants are citizens of California, which is "the State in which such action was brought." See 28 U.S.C. § 1441(b). Accordingly, defendants are hereby ORDERED TO SHOW CAUSE on or before February 15, 2010, why the instant action should not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-09-09257 | Date | January 15, 2010 |
|---|---|---|---|
| Title | PATRICIA SCHEMBRI v. SWEDA COMPANY, LLC and SEIDLER SWEDA, L.P. | | |

be dismissed for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

                                                                                                                    :

Initials of Preparer              PDP